**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DANIEL BETANCOURT and
GARY T. SHUTE,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No: 8:13-cv-2759-T-30AEP

GREEN TREE SERVICING, LLC,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Entry of Stipulated Confidentiality Agreement and Protective Order (Dkt. #29). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Parties' Joint Motion for Entry of Stipulated Confidentiality Agreement and Protective Order (Dkt. #29) is GRANTED.

2. The Stipulated Confidentiality Agreement and Protective Order (Dkt. #27) is hereby entered.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of March, 2014.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record